METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, Respondent, v. ALFRED SKITT, Appellant.

*Metropolitan Trust Co. of N. Y. City* v. *Skitt*, 139 App. Div. 928 affirmed.

(Argued April 1, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 1, 1910, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on a contract of guaranty.

*Herbert Noble* for appellant.

*Austen G. Fox* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.